```
FILED
MAY 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK
```

1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 1:13-CR-00188 LJO SKO
13 |                  Plaintiff,      | ORDER TO UNSEAL INDICTMENT
14 |        v.                        |
15 | JUAN RAMON CURIEL AND            |
16 | HERNANDEZ SANTIAGO PALACIOS,     |
17 |                  Defendant.      |

18

19     This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of
20 Criminal Procedure.
21     IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public
22 record.

23
24 DATED: May 28, 2013

25                                               /s/ Sheila K. Oberto
                                                 United States Magistrate Judge
26

27

28

Motion to Unseal Indictment                2