CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
Fax: 559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
JUAN RAMON CURIEL

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>             Plaintiff,                               )<br>                                                                )<br>     vs.                                                    )<br>                                                                )<br>JUAN RAMON CURIEL,                     )<br>                                                                )<br>             Defendant.                           ) | Case No.:  1:13-CR-00188 LJO SKO<br><br>WAIVER OF PERSONAL APPEARANCE<br>BY JUAN RAMON CURIEL |

Defendant Juan Ramon Curiel hereby waives his right to be present in open court for the hearing of any motion or other proceeding in this matter, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the court either before or after trial, except for an arraignment, plea, empanelment of a jury and imposition of sentence.

Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Carl M. Faller, in the same manner as if the defendant was personally present; and further agrees to be present in person in court ready for trial at any day and hour the court may fix in his absence.

Defendant further acknowledges that she has been informed of his rights under Title 18, United States Code, Sections 3161 through 3174 (known as the Speedy Trial Act), and

///

authorizes his attorney to set times and dates under the Act without defendant being present.

Dated:  July 30, 2013                              /s/ Juan Ramon Curiel
                                                                JUAN RAMON CURIEL

Dated:  July 28, 2013                              /s/ Carl M. Faller
                                                                CARL M. FALLER
                                                                Attorney for Defendant
                                                                Juan Ramon Curiel

## ORDER

IT IS ORDERED that defendant's presence having been waived under the conditions set forth above in accordance with the Rule 43 of the Federal Rules of Criminal Procedure, his personal presence is excused under those conditions.

IT IS SO ORDERED.

Dated:   **October 7, 2013**                              **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE