CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-679-4999
carl.faller@fallerdefense.com

Attorney for Defendant
JUAN RAMON CURIEL

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JUAN RAMON CURIEL<br><br>          Defendants. | Case No.:  1:13-cr-0188 LJO<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE |

Based upon the recommendation of the Pretrial Services Office, it is hereby agreed and stipulated that the following additional condition be added to the defendant's conditions of release:

Defendant shall participate in a cognitive behavior treatment program as directed by the pretrial services officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office; all prior ordered conditions shall remain in full force and effect.

Dated:  June 5, 2015                                  /s/ Carl M. Faller
                                                          CARL M. FALLER
                                                          Attorney for Defendant
                                                          JUAN RAMON CURIEL

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: June 5, 2015

/s/Patrick Delahunty
PATRICK DELAHUNTY
Assistant U.S. Attorney
Attorney for United States of America

ORDER:

IT IS HEREBY ORDERED that the following condition be added to the defendant's conditions of release:

Defendant shall participate in a cognitive behavior treatment program as directed by the pretrial services officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office; all prior ordered conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 9, 2015**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE