BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00188- LJO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | DATE: December 12, 2016 |
| JUAN RAMON CURIEL, et al., | TIME: 8:30 a.m. |
| Defendants. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was set for sentencing on March 21, 2016 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing until **December 12, 2016 at 8:30 a.m.**

3. The parties are conferring on a convenient date(s) for the defendants to fulfill any remaining obligations in their plea agreements. The defendants have expressed a willingness to fulfill their obligations as soon as practicable. The government has experienced logistical difficulties

1

in this regard that can be addressed with a stipulated continuance.  It is respectfully requested that the current date set for sentencing be vacated and that the matter be re-set for sentencing on **December 12, 2016** at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED:       January 4, 2016

/s/ Patrick R. Delahunty
PATRICK R. DELAHUNTY
Assistant United States Attorney

DATED:       January 4, 2016

/s/Carl Faller
Carl M. Faller
Counsel for Defendant
Juan Ramon Curiel

DATED:       January 4, 2016

/s/Katherine Hart
Katherine L. Hart
Counsel for Defendant
Santiago Palacios Hernandez

**O R D E R**

Good cause having been established to continue the sentencing, the current date set for sentencing is vacated and that the matter is re-set for sentencing on **December 12, 2016** at 8:30 a.m. NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

   Dated:   **January 6, 2016**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE