PHILLIP A. TALBERT
United States Attorney
PATRICK R. DELAHUNTY
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JUAN RAMON CURIEL, et al.,<br><br>                              Defendants. | CASE NO.  1:13-cr-00188- LJO<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE:   April 10, 2017<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was set for sentencing on December 12, 2016 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing until **April 10, 2017 at 8:30 a.m.**

3. The parties are conferring on a convenient date(s) for the defendants to fulfill any remaining obligations in their plea agreements.  The defendants have expressed a willingness to fulfill their obligations as soon as practicable.  The government has experienced logistical difficulties

1

in this regard that can be addressed with a stipulated continuance.   It is respectfully requested that the current date set for sentencing be vacated and that the matter be re-set for sentencing on **April 10, 2017** at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED:	November 17, 2016

/s/ Patrick R. Delahunty  
PATRICK R. DELAHUNTY  
Assistant United States Attorney

DATED:	November 17, 2016

/s/Carl Faller  
Carl M. Faller  
Counsel for Defendant  
Juan Ramon Cortes

DATED:	November 17, 2016

/s/Katherine Hart  
Katherine L. Hart  
Counsel for Defendant  
Santiago Palacios Hernandez

**O R D E R**

IT IS SO FOUND AND ORDERED that good cause having been established to continue the sentencing, the current date set for sentencing be vacated and that the matter be re-set for sentencing on **April 10, 2017** at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **November 19, 2016**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES CHIEF DISTRICT JUDGE