1   BENJAMIN B. WAGNER
    United States Attorney
2   CHRISTOPHER D. BAKER
    PATRICK R. DELAHUNTY
3   Assistant United States Attorneys
    2500 Tulare Street, Suite 4401
4   Fresno, CA 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6   Attorneys for Plaintiff
    United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:13-CR-00188-LJO

12                    Plaintiff,           ORDER FOR FORFEITURE MONEY
                                           JUDGMENT
13            v.

14  JUAN RAMON CURIEL,

15                    Defendant.

16

17         Based upon the United States' Application for Forfeiture Money Judgment and the

18  plea agreement entered into between plaintiff United States of America and defendant

19  Juan Ramon Curiel,

20         IT IS HEREBY ORDERED that

21         1.      Defendant Juan Ramon Curiel shall forfeit to the United States in a

22  monetary amount to be determined at sentencing, and the Court imposes a personal

23  forfeiture money judgment against the defendant in that amount.

24         2.      Any funds applied towards such judgment shall be forfeited to the United

25  States of America and disposed of as provided for by law.  Prior to the imposition of

26  sentence, any funds delivered to the United States to satisfy the personal money judgment

27  shall be seized and held by the United States Marshals Service, in its secure custody and

28  control.

    Order for Forfeiture Money Judgment            1

3.      This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed a monetary amount to be determined at sentencing to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated:    **July 14, 2017**                        **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE

Order for Forfeiture Money Judgment           2