# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JUAN RAMON CURIEL** | Case Number: **1:13CR00188-001** |
| AKA: JUAN RAMON CURIEL LARES | Defendant's Attorney: Carl M. Faller, Appointed |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)   1 and 11   of the Indictment.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. §1349 | CONSPIRACY TO COMMIT MAIL FRAUD (Class B Felony) | Between August 2010 and October 2011 | 1 |
| 18 U.S.C. §157(1) and (3) | BANKRUPTCY FRAUD (Class D Felony) | Between August 2010 and October 2011 | 11 |

    The defendant is sentenced as provided in pages 2 through   10   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count(s)   2 through 10   are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.          [✓] Appeal rights waived.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

7/24/2017
Date of Imposition of Judgment

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**Lawrence J. O'Neill**, United States District Judge
Name & Title of Judicial Officer

8/9/2017
Date

AO 245-CAED(Rev. 11/2016) Sheet 2 - Imprisonment

DEFENDANT: **JUAN RAMON CURIEL**  
CASE NUMBER: **1:13CR00188-001**

Page 2 of 10

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
41 months on Count 1 and 41 months on Count 11, all to be served concurrently, for a total term of imprisonment of 41 months.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [✓] The court makes the following recommendations to the Bureau of Prisons:
  The Court recommends that the defendant be incarcerated at Taft, CA or in a California facility, but only insofar as this accords with security classification and space availability.

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
  - [ ] at ___ on ___.
  - [ ] as notified by the United States Marshal.

- [✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [✓] before  2:00 PM  on  9/25/2017 .
  - [✓] as notified by the United States Marshal.
  - [✓] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :
<u>60 months on Count 1 and 36 months on Count 11, to be served concurrently for a total term of 60 months (unsupervised, if deported)</u>.

## MANDATORY CONDITIONS

You must not commit another federal, state or local crime.
You must not unlawfully possess a controlled substance.
You must refrain from any unlawful use of controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two (2) periodic drug tests thereafter, not to exceed four (4) drug tests per month.

- [ ] The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.

- [✓] You must cooperate in the collection of DNA as directed by the probation officer.

- [ ] You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

- [ ] You must participate in an approved program for domestic violence.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.
4. You must answer truthfully the questions asked by the probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution ordered by this Judgment is paid in full, unless the defendant obtains approval of the Court or the probation officer.

3. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to any unpaid restitution ordered by this Judgment.

4. The defendant shall provide the probation officer with access to any requested financial information.

5. The defendant shall not open additional lines of credit without the approval of the probation officer.

6. As directed by the probation officer, the defendant shall participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse.

7. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

8. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

9. As directed by the probation officer, the defendant shall complete up to 20 hours of unpaid community service per week until employed for at least 30 hours per week or participating in a previously approved educational or vocational program.

10. Pursuant to 18 USC 3583(d)(3), upon completion of the term of imprisonment, the defendant is to be surrendered to a duly authorized Immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act. If ordered deported, the defendant, during the term of supervised release, shall remain outside the United States and shall not re-enter the United States without the consent of the Secretary of the Department of Homeland Security of the United States.

    Upon any re-entry, lawful or unlawful, into the United States, the defendant shall report in person to the United States Probation Office in the Eastern District of California within 72 hours.

11. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $200.00    | $0.00 | $1,118,753.95 |

[ ]  The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[ ]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment colunm below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| ABEL DELATORRE & ARACELI VELIZ GARRIDO | | $9,353.00 | |
| ALEJANDRO ORTEGA RODRIGUEZ | | $9,120.00 | |
| ALFONSO & ANA CRUZ | | $3,775.00 | |
| ALICIA ROJO | | $3,500.00 | |
| ALLEN D BECK | | $5,916.00 | |
| ALLEN DEWITT | | $10,878.00 | |
| ALMA DOMINGUEZ | | $8,511.50 | |
| ALMA MIRANDA | | $2,362.00 | |
| ALVARO GUANDULAY | | $11,800.00 | |
| AMELIA & RAFAEL MENDOZA | | $7,000.00 | |
| ANDRES & YADIRA PONCE DE LEON | | $4,300.00 | |
| ANGELICA & JOSE SILONZOCHILT | | $16,750.00 | |
| ANGELICA & RAMIRO VILLICANA | | $9,700.00 | |
| ARTURO CHIQUITO | | $8,617.00 | |
| ASCENCION GONZALEZ | | $6,944.00 | |
| BENITO HERNANDEZ | | $3,500.00 | |
| BERTHA & RAUL URIBE | | $3,500.00 | |
| BERTHA & SATURNO MACIAS | | $12,130.00 | |
| BRAULIO CABALLERO | | $4,120.00 | |
| CARLOS & MARIA VENTURA | | $2,000.00 | |
| CARLOS ESTRADA | | $14,390.00 | |
| CECILIA SAUCEDO | | $14,700.00 | |
| CESAR VIRGEN | | $13,588.00 | |
| CONSUELO HERNANDEZ | | $10,022.00 | |
| DAVID & DEBBIE PORRAS | | $10,135.00 | |
| ELISA PACHECO | | $7,820.00 | |
| ELIZABETH & ARTURO TORRES | | $5,335.00 | |
| ESTEBAN & LOURDES OROPEZA | | $7,024.00 | |
| FANNIE MAE | | $29,157.56 | |

| | | | |
|---|---|---|---|
| FELIPA GUITERREZ | | $2,000.00 | |
| FRANCISCA AREVALO | | $6,270.00 | |
| FREDDIE MAC | | $169,252.27 | |
| GABRIEL PONCE | | $12,750.00 | |
| GERARDO & EDELMIRA DELOERA | | $8,165.00 | |
| GERMAN & JUANA ESPITIA | | $5,870.00 | |
| GLORIA ORORIO | | $9,490.00 | |
| GRISELDA OROSCO JIMENEZ | | $8,722.00 | |
| GUILLERMO & VERONICA GOMEZ | | $7,036.00 | |
| GUILLERMO & VERONICA GOMEZ | | $8,342.00 | |
| GUILLERMO G PEREZ | | $750.00 | |
| HIPOLITO SANCHEZ | | $7,024.00 | |
| HUBERT & JANET RABANAL | | $11,410.00 | |
| IRMA L. PLOASCENCIA | | $7,750.00 | |
| ISABEL GONZALEZ | | $8,000.00 | |
| JANET ROBLES MANCILLA | | $6,332.00 | |
| JAVIER & MARIA MARTINEZ | | $5,535.00 | |
| JESSE & SARA ROMERO | | $6,637.00 | |
| JESSICA MENDEZ | | $12,275.00 | |
| JESUS & ALMA MARTINEZ | | $4,056.00 | |
| JESUS & GUADALUPE MAGALLON | | $3,600.00 | |
| JESUS ROMERO | | $5,416.00 | |
| JORGE ZAMORA | | $10,627.00 | |
| JOSE & MARICELA AHUMADA | | $8,908.00 | |
| JOSE L. GARCIA | | $4,934.00 | |
| JOSE LUIS ALVAREZ | | $5,000.00 | |
| JOSEFINA PEINADO | | $4,379.00 | |
| JOSHUA R. SANCHEZ | | $7,995.00 | |
| JUAN & GABRIELA DIAZ | | $11,640.00 | |
| JUAN P. MOLINA | | $8,340.00 | |
| JUAN RODRIGUEZ | | $3,980.00 | |
| JULIO RIVERA | | $2,500.00 | |
| LEONARDO MARTINEZ & JUANA SALAZAR | | $6,323.00 | |
| LEONARDO MARTINEZ & JUANA SALAZAR | | $16,110.00 | |
| LEOPOLD ALVAREZ | | $13,500.00 | |
| LEOPOLDO DUENAS | | $16,000.00 | |
| LETICIA GUTIERREZ | | $8,992.00 | |
| LUIS OLIVARES | | $4,525.00 | |
| MANUAL CAMARILLO | | $5,500.00 | |
| MANUEL & ALICIA AYALA | | $5,675.00 | |
| MANUEL & ALMA LOPEZ | | $2,500.00 | |

| | | | |
|---|---|---|---|
| MANUEL RODRIGUEZ | | $11,260.00 | |
| MARIA & CRISTINA FUENTES | | $6,660.00 | |
| MARIA MARTINEZ & DEYCI CRUZ | | $8,340.00 | |
| MARIA PEREZ | | $9,475.00 | |
| MARIA QUIROZ | | $7,406.00 | |
| MARIA SANDOVAL | | $9,630.00 | |
| MARIO & ELVIRA DELGADO | | $12,208.00 | |
| MARIO SANTOS | | $8,300.00 | |
| MARTHA & LEONARDO ESINOZA | | $11,468.00 | |
| MELISA VELEZ | | $11,300.00 | |
| MELITON & GLORIA RODRIGUEZ | | $7,372.00 | |
| MERCED & ROSARIO MARTINEZ | | $10,129.00 | |
| MIGUEL & MARIA MAYORGA | | $22,528.58 | |
| MIGUEL RAMOS | | $7,180.00 | |
| MIGUEL TAPIA | | $2,500.00 | |
| MIGUEL VEJAR CHAVEZ | | $6,630.00 | |
| NICK & ADELA CHAVEZ | | $22,000.00 | |
| OSVALDO & OLIVIA DELGADILLO | | $2,500.00 | |
| PATRICIA ORDUNO | | $14,624.00 | |
| PEDRO & ENEDELIA PINEDO | | $12,140.00 | |
| PEDRO ARCE | | $15,918.04 | |
| PETRA HERNANDEZ | | $7,370.00 | |
| PHILLIP & RUBI MARTINEZ | | $9,840.00 | |
| RAFAEL NAREZ | | $2,883.00 | |
| RAFAEL NAREZ | | $2,940.00 | |
| RAFAEL RODRIGUEZ | | $7,048.00 | |
| RAMON FIGUEROA | | $8,026.00 | |
| RAUL & OLIVIA GOMEZ | | $7,060.00 | |
| REFUGIO GARCIA | | $8,107.00 | |
| ROBERTO & ELODIA AVILA | | $12,390.00 | |
| ROSA GARCIA | | $13,637.00 | |
| ROSA GUTIERREZ & ADOLFO FRIAS | | $11,500.00 | |
| ROSALIO & CECIBEL ENRIQUEZ | | $13,500.00 | |
| RUBEN & SYLVIA VILLA | | $13,940.00 | |
| SANDRA & YOLANDA J. BENAVIDEZ | | $1,810.00 | |
| SAUL VARGAS | | $14,820.00 | |
| SERGIO PEREZ MARTINEZ | | $4,500.00 | |
| SILVINO L ORTEGA | | $3,380.00 | |
| TERESA MACIAS | | $7,426.00 | |
| THOMAS BRAMBILA | | $1,682.00 | |
| TOMAS ROBLES | | $8,700.00 | |
| VALDEMAR ESPINOZA | | $7,028.00 | |
| | | | |

| | | | |
|---|---|---|---|
| VICENETE ROBLES | | $7,090.00 | |
| YESENIA MENDOZA | | $4,450.00 | |
| **Totals** | $____ | **$1,118,753.95** | |

[ ]  Restitution amount ordered pursuant to plea agreement $ ____

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[✓]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [✓]  The interest requirement is waived for the    [ ] fine    [✓] restitution

    [ ]  The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

- [ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

- [✓] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245-CAED(Rev. 11/2016) Sheet 6 - Schedule of Payments
DEFENDANT: **JUAN RAMON CURIEL**
CASE NUMBER: **1:13CR00188-001**

Page 10 of 10

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [✓] Lump sum payment of $ __1,118,953.95__ due immediately, balance due

    [ ] Not later than ___, or

    [ ] in accordance   [ ] C,   [ ] D,   [ ] E, or   [ ] F below; or

B. [ ] Payment to begin immediately (may be combined with   [ ] C,   [ ] D,   or [ ] F below); or

C. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after the date of this judgment; or

D. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[✓] Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate: Santiago Palacios Hernandez [1:13CR00188-002 LJO] and Martin Calzada [1:15CR00355-001 LJO], in the amount of $ 1,118,753.95.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[✓] The defendant shall forfeit the defendant's interest in the following property to the United States:
PRELIMINARY ORDER OF FORFEITURE filed March 10, 2015 - GRANTED. FORFEITURE MONEY JUDGMENT - GRANTED.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.